# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Converse Inc.

                              Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                              Defendant.

Case No.: 1:21−cv−03103

Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 12, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 8/12/2021. Motion to set aside default [44] is denied as moot. The Court sets the following briefing schedule on Defendant Gibobby motion to dismiss Plaintiff's complaint and strike plaintiff's motion for default judgment [45]: Plaintiff's response is due by 10/12/2021 and Defendant's reply is due by 11/2/2021. Ruling date is set for 1/20/2022 at 1:30 PM. Plaintiff is allowed to proceed with jurisdictional discovery. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.