UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Converse Inc.

                         Plaintiff,

v.

                         Case No.: 1:21−cv−03103

                         Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 7, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court clarifies that the following briefing schedule applies to both Defendant Gibobby's Motion to Vacate the Preliminary Injunction [25] and Motion to Dismiss Plaintiff's Complaint and Strike Plaintiff's Motion for Default Judgment [45]: Plaintiff's response is due by 10/12/2021 and Defendant's reply is due by 11/2/2021. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.