**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> WEN ONLINE STORE, et al., <br><br> Defendants. | Case No. 21-cv-03103 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Young B. Kim** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Converse Inc. ("Plaintiff" or "Converse") hereby dismisses this action, with prejudice, as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Gibobby | 121 |

With the dismissal of this Defendant, this case can be closed.

Dated this 12th day of October 2021.    Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Converse Inc.*